Michael J. Stortz (139386)
Michael.Stortz@klgates.com
K. Taylor Yamahata (347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center Suite 1200
San Francisco, California  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220


Attorneys for Defendant
HP Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES IANOZI, ROSS WHEELER, ADAM SORKIN, MINORK CALLES, JEAN HOUSEMAN, and LINAY JAMES, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 5:26-cv-02164-PCP (VKD) <br><br> **STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND MODIFY CASE SCHEDULE AND ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff James Ianozi, Ross Wheeler, Adam Sorkin, Minork Calles, Jean Houseman, and Linay James (collectively, "Plaintiffs") and Defendant HP Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to this request to permit Plaintiffs to file a First Amended Complaint ("FAC") and to modify the corresponding responsive deadlines and case schedule, as set forth below. Good cause exists for the requested relief, as described herein:

## RECITALS

WHEREAS, on February 25, 2026, Plaintiffs filed their Complaint in this action;

WHEREAS, Defendant was served with Summons and Complaint on or about March 17,

2026;

WHEREAS, the CMC is set for June 11, 2026, pursuant to the Initial Case Management Scheduling Order, dated March 16, 2026 (Dkt. 5);

WHEREAS, the Parties previously stipulated to extend Defendant's deadline to respond to the Complaint to May 7, 2026 (*see* Dkt. 9; Declaration of Michael Stortz ("Stortz Decl.") ¶ 4);

WHEREAS, the Parties thereafter stipulated to further extend Defendant's deadline to respond to the Complaint to May 21, 2026, and to reschedule the CMC to July 30, 2026 (*see* Dkt. 10; Stortz Decl. ¶¶ 5–6);

WHEREAS, the Parties have met and conferred regarding the complexity of Plaintiffs' claims and potential amendment of the Complaint, and Plaintiffs have agreed to file a First Amended Complaint provided that they retain the opportunity to further amend as a matter of course within twenty-one (21) days after service of a responsive pleading, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) (Stortz Decl. ¶ 7);

WHEREAS, in light of the Parties' agreement and in the interest of judicial economy, the Parties agree that it is appropriate to reset the schedule to allow for the filing of a First Amended Complaint and corresponding responsive pleadings and briefing, and to reschedule the CMC to September 3, 2026. Stortz Decl. ¶¶ 8–9.

## STIPULATION

ACCORDINGLY, the Parties hereby stipulate and agree as follows:

1.      Plaintiff shall file their First Amended Complaint on or before June 5, 2026.

2.      Defendant's deadline to respond to Plaintiffs' First Amended Complaint, including any motion to dismiss pursuant to Federal Rule of Civil Procedure 12, shall be July 6, 2026.

3.      Plaintiffs' deadline to file any response to Defendant's motion to dismiss, or any Second Amended Complaint, shall be July 31, 2026.

4.      In the event that Plaintiffs do not elect to file any Second Amended Complaint on July 31, 2026, the deadline for Defendant to file any reply in support of its motion to dismiss shall be August 20, 2026.

STIPULATION TO PERMIT FILING
OF FIRST AMENDED COMPLAINT
AND [PROPOSED] ORDER
5:26-CV-02164-PCP (VKD)

5.     The hearing on Defendant's motion to dismiss shall be set for September 3, 2026, at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

6.     The Parties request that the Initial Case Management Conference be rescheduled to September 3, 2026, to coincide with the hearing on Defendant's motion to dismiss, or as soon thereafter as the Court's calendar permits.

**IT IS SO STIPULATED**.

Dated: May 19, 2026                              K&L GATES LLP


By:  */s/ Michael J. Stortz*
Michael J. Stortz
K. Taylor Yamahata

*Attorneys for Defendant*
HP Inc.

STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER
5:26-CV-02164-PCP (VKD)

Dated: May 19, 2026                                    COTCHETT PITRE & MCCARTHY, LLP


By: */s/ Thomas E. Loeser*
    Joseph W. Cotchett
    Thomas E. Loeser
    Gia Jung

    Karin B. Swope*
    Jacob M. Alhadeff*
    Edward Korsinsky
    Mark Jensen*

    *Attorneys for Plaintiffs*
    James Ianozi, Ross Wheeler, Adam
    Sorkin, Minork Calles, Jean Houseman,
    and Linay James

    *pro hac vice forthcoming

STIPULATION TO PERMIT FILING
OF FIRST AMENDED COMPLAINT
AND [PROPOSED] ORDER
5:26-CV-02164-PCP (VKD)

**ATTESTATION OF FILER**

I, Michael J. Stortz, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

Dated: May 19, 2026                           /s/  Michael J. Stortz
                                              Michael J. Stortz

STIPULATION TO PERMIT FILING
OF FIRST AMENDED COMPLAINT
AND [PROPOSED] ORDER
5:26-CV-02164-PCP (VKD)

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, and for good cause appearing therefore, having reviewed the Parties' Stipulation to Permit Filing of First Amended Complaint and Modify Case Schedule, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their Fist Amended Complaint on or before June 5, 2026.

2. Defendant HP Inc. shall have until and including July 6, 2026, to file a response to the First Amended Complaint, including any motion to dismiss, pursuant to Federal Rule of Civil Procedure 12.

3. Plaintiffs shall have until and including July 31, 2026, to file any opposition to Defendant's motion to dismiss, or any Second Amended Complaint.

4. In the event that Plaintiffs do not elect to file any Second Amended Complaint on July 31, 2026, Defendant shall have until and including August 20, 2026, to file any reply in support of its motion to dismiss.

5. The hearing on Defendant's motion to dismiss shall be held on September 3, 2026, at 9:00 a.m., in San Jose, Courtroom 8, 4th Floor.

6. The Initial Case Management Conference is further rescheduled to September 3, 2026, to coincide with the hearing on Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
Hon. P. Casey Pitts
United States District Judge

STIPULATION TO PERMIT FILING
OF FIRST AMENDED COMPLAINT
AND [PROPOSED] ORDER
5:26-CV-02164-PCP (VKD)

- 6 -

Michael J. Stortz (139386)
Michael.Stortz@klgates.com
K. Taylor Yamahata (347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, California  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

*Attorneys for Defendant*
HP Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES IANOZI, ROSS WHEELER, ADAM SORKIN, MINORK CALLES, JEAN HOUSEMAN, and LINAY JAMES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>HP Inc.,<br><br>                    Defendant. | Case No. 5:26-cv-02164-PCP (VKD)<br><br>**DECLARATION OF MICHAEL J. STORTZ IN SUPPORT OF STIPULATION TO FURTHER EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

## DECLARATION OF MICHAEL J. STORTZ

I, Michael J. Stortz declare as follows:

1.      I am a partner at the law firm of K&L Gates LLP, counsel of record for Defendant HP Inc. ("HP") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would competently testify thereto.

2.      This declaration is submitted in support of the Parties' Stipulation to Permit Filing of First Amended Complaint and Modify Case Schedule, pursuant to Civil Local Rule 6-2.

3.      Plaintiff James Ianozi, Ross Wheeler, Adam Sorkin, Minork Calles, Jean Houseman, and Linay James (collectively, "Plaintiffs") filed their Complaint on February 25, 2026,

and served the Summons and Complaint on HP on March 17, 2026.

4. Following that filing, the Parties met and conferred regarding the claims alleged in the Complaint and agreed to extend HP's responsive deadline to May 7, 2026. This extension was memorialized in the Stipulation to Extend Defendant's Responsive Pleading Deadline, filed on April 7, 2026 (Dkt. 9).

5. Following this extension, the Parties continued to meet and confer regarding Plaintiffs' claims alleged in the Complaint, and for the purposes of allowing HP to continue evaluating the Complaint and the claims alleged therein, agreed to further extend HP's responsive deadline to May 21, 2026. This extension was memorialized in the Stipulation to Further Extend Defendant's Responsive Pleading Deadline, filed on April 28, 2026 (Dkt. 10).

6. The Parties further agreed to request that the Court reschedule the Initial Case Management Conference to July 30, 2026, at 1:00 p.m. in San Jose, Courtroom 8, 4th Floor.

7. Following this additional extension and rescheduling of the Initial Case Management Conference, the Parties continued to meet and confer regarding Plaintiffs' claims alleged in the Complaint. Based on these discussions, and for the purposes of allowing Plaintiffs to correct or clarify the claims alleged therein and for Defendants to evaluate those amended claims, the Parties have agreed to permit Plaintiffs to file a First Amended Complaint on or before June 5, 2026, while retaining their opportunity to amend as a matter of course within twenty-one (21) days after service of a responsive pleading, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

8. The Parties further agreed to extend the corresponding responsive pleading schedule as follows: (a) Defendant's deadline to respond to Plaintiffs' First Amended Complaint, including any motion to dismiss pursuant to Federal Rule of Civil Procedure 12, shall be July 6, 2026; (b) Plaintiffs' deadline to file any response to Defendant's motion to dismiss, or any Second Amended Complaint, shall be July 31, 2026; (c) in the event that Plaintiffs do not file any Second Amended Complaint, Defendant's deadline to reply in support of its motion to dismiss shall be August 20, 2026; and (d) the Parties agreed to request that the hearing on any responsive pleading or motion be set for September 3, 2026, at 9:00 a.m., in San Jose, Courtroom 8, 4th Floor, or as soon thereafter

DECLARATION OF MICHAEL J. STORTZ
IN SUPPORT OF STIPULATION
5:26-CV-02164-PCP (VKD)

as the Court's calendar permitted.

9.    The Parties further agreed to request that the Court reschedule the Initial Case Management Conference to September 3, 2026, to coincide with the hearing on Defendant's motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2026                              /s/ Michael J. Stortz
                                                     Michael J. Stortz

- 3 -

DECLARATION OF MICHAEL J. STORTZ
IN SUPPORT OF STIPULATION
5:26-CV-02164-PCP (VKD)